*Mr. U. M. Simon* for petitioners. No appearance for respondent.

No. 219. LIVERMORE *v.* BEAL ET AL. October 11, 1937. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. W. H. Metson, Randolph V. Whiting,* and *A. H. Ricketts* for petitioner. *Messrs. Frederick D. Anderson, Herbert W. Clark, Felix T. Smith, F. F. Thomas, Jr., A. L. Weil, L. R. Martineau, Jr.,* and *George W. Nilsson* for respondents.

No. 220. BOYD, ADMINISTRATRIX, *v.* ELLIOTT ET AL. October 11, 1937. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. W. H. Metson, Randolph V. Whiting,* and *A. H. Ricketts* for petitioner. *Messrs. Frederick D. Anderson, Herbert W. Clark, Felix T. Smith, F. F. Thomas, Jr., A. L. Weil, L. R. Martineau, Jr.,* and *George W. Nilsson* for respondents.

No. 221. KREISS *v.* ELLIOTT ET AL. October 11, 1937. Petition for writ of certiorari to the District Court of Appeal, 3d Appellate District, of California, denied. *Messrs. W. H. Metson, Randolph V. Whiting,* and *A. H. Ricketts* for petitioner. *Messrs. Frederick D. Anderson, Herbert W. Clark, Felix T. Smith, F. F. Thomas, Jr., A. L. Weil, L. R. Martineau, Jr.,* and *George W. Nilsson* for respondents.